- - - - - - -

IN THE CIRCUIT COURT

MOBILE COUNTY, ALABAMA

VALENTINA HENRY, as personal    )
representative and              )
administratrix of the Estate    )
of ROBERT LONNEL THOMAS,        )
                                )
        Plaintiff,              )    Case Number
                                )
  vs.                           )
                                )
                                )    02-CV-2016-000224
FAIRHOPE YACHT CLUB,            )
                                )
        Defendant.              )

- - - - - - -

Deposition of:  ANNE RANDLETTE FITZPATRICK

Date:           April 20, 2017

Time:           10:20 a.m.

Place:          Phelps Dunbar, LLP
                101 Dauphin Street
                Suite 1000
                Mobile, Alabama

Reported by:    Karen S. Snell, CCR

EXHIBIT
B

### ANNE RANDLETTE FITZPATRICK

```
 1          Q       And your husband, last name Wainwright?
 2          A       (Deponent nods head).
 3          Q       And I thought I saw another name.  Is
 4   it your sister you said?
 5          A       My mother.
 6          Q       Oh, your mother.  Okay.  What name does
 7   she -- she goes by Fitzpatrick?
 8          A       Yes, she does.
 9          Q       And one of them does the magazine?
10          A       The Mainsheet.
11          Q       Mainsheet.  Okay.  And that's just like
12   a monthly --
13          A       Newsletter.
14          Q       Newsletter.  Okay.  Thank you.
15                  Is the Fairhope Yacht Club a member of
16   U. S. Sailing?
17          A       Yes, it is.
18          Q       And is it -- what do you call that?  Is
19   it a club membership or is there some phrase?  I just
20   don't want to misuse a phrase.
21          A       It's just a membership to U. S.
22   Sailing.
23          Q       And as a --
24          MR. GRAHAM:
25                  Let's take a break for a second.
```

**ANNE RANDLETTE FITZPATRICK**

```
 1                   (Off-the-record discussion)
 2    BY MR. COMLEY:
 3          Q     So as a member of U. S. Sailing, does
 4    Fairhope look to U. S. Sailing for its rules and
 5    guidance?  Does it look at those rules?
 6          A     Yes, it does.
 7          Q     And does it try to follow those rules?
 8          A     Yes, it does.
 9          Q     Is there an organization -- I
10    understand that there's an organization above U. S.
11    Sailing, the International Sailing Federation.  Are
12    you aware of that?
13          A     Yes.
14          Q     Okay.  Just tell me a little bit more
15    about what you know about U. S. Sailing and your
16    involvement, because you said you're also an
17    individual member, right?
18          A     It's an organizing body that regulates
19    the rules of sailing.  They try to do what they can
20    to keep the sailing across the country uniformed and
21    well organized.
22                      (Plaintiff's Exhibit 1
23                       was marked for identification.)
24    BY MR. COMLEY:
25          Q     Okay.  Let me hand you what I have
```

**HENDERSON & ASSOCIATES COURT REPORTERS, INC.**
**P.O. BOX 2263, MOBILE, AL 36652 • (251) 694-0950 • (888) 557-2969**

**ANNE RANDLETTE FITZPATRICK**

```
 1   for a second, but how is the race committee selected?
 2          A      It's all volunteer.
 3          Q      Okay.  And we'll go through -- I'm not
 4   going to hold you to the list.  I think it's in the
 5   responses.  And we'll look at that.  There's about
 6   six people; does that sound right?
 7          A      Correct.  You need someone to run the
 8   boat.  To be in charge of the individual boat.
 9   Someone to be in charge of the line.  People to make
10   notes.  Score things.  That's about the extent of it.
11          Q      Okay.  Did the race committee do any
12   training for the committee?
13          A      No.  Most of the individuals had served
14   on race committee in the past.
15          Q      Okay.  And did any of those committee
16   members, to your knowledge, have the race officer
17   certification that you got last year?
18          A      No.
19          Q      Okay.  Once you got closer to time, did
20   the race committee conduct any type of drills for
21   contingency plans or anything like that?
22          A      I'm not sure I understand what you're
23   asking about.
24          Q      Like a drill, say, a boat accident on
25   the water, how are we going to react to that.  Did
```

**ANNE RANDLETTE FITZPATRICK**

1    you do any of that type of --

2          A     No, we did not.

3          Q     Okay.  Did you all develop any written

4    checklists for the conduct of the race?

5          A     No.

6          Q     How about any written contingency plans

7    for the race?

8          A     No.

9          Q     Any written crisis management plans

10   like we were talking about if boats collide or

11   anything like that?

12         A     Not that I know of.

13         Q     How about a written rescue plan?

14         A     Not that I know of.

15         Q     Okay.  Was there any type of written

16   communication plan of how you all will communicate

17   with each other?

18         A     It's in the sailing instructions that

19   we would communicate on Channel 68.

20         Q     Okay.  Any other -- I read that.  Was

21   there any other discussion among the committee about

22   how you would communicate besides the VHF channel?

23         A     Cell phones.

24         Q     Was there any kind of written decision

25   matrix or safety guidelines based on weather

## ANNE RANDLETTE FITZPATRICK

35

```
 1    conditions?
 2          A      No.
 3          Q      Okay.  Was there -- and I may have
 4    asked this.  Was there any kind of written safety
 5    plan?
 6          A      No.
 7          Q      Okay.  Did you have rescue or safety
 8    boats planned for the race?
 9          A      Yes.  We had a couple of safety boats
10    out.
11          Q      Okay.  And were those race committee
12    boats or were they separate?
13          A      They were part of the race committee
14    but not part of the starting sequence or the finish.
15    They were just out there in case of an emergency -- a
16    breakdown or something like that.
17          Q      And did they, like --
18          A      They followed the boats down to Middle
19    Bay Light.
20          Q      Okay.  So they trailed the fleet to the
21    Middle Bay Light?
22          A      Uh-huh.
23          Q      Did they at some point turn around?
24          A      Yes.
25          Q      So once the last boat made it to Middle
```

**ANNE RANDLETTE FITZPATRICK**

1   Bay Light, they went back to Fairhope?

2         **A**      **Correct.**

3         Q      Okay.  Whose boats were those, do you

4   know?

5         **A**      **They were yacht club boats.**

6         Q      They are owned by the club or members?

7         **A**      **Yeah, and I don't remember who was on**

8   **them.**

9         Q      Did you have communication with those

10  boats?

11        **A**      **I did not.**

12        Q      Did anyone that you know of?

13        **A**      **I do not know.**

14        Q      Okay.  I think that answers that.  And

15  I think -- and we'll look at the rules in a second,

16  but you had three race committee boats for the start

17  or just before the start, one of which was yours that

18  you -- not your boat personally, but the boat you

19  were on left before the start to go to the finish,

20  correct?

21        **A**      **Correct.  We were never at the starting**

22  **line.**

23        Q      Oh, okay.  You were never at the start.

24  There were two boats at the start?

25        **A**      **Yes, there were.**

ANNE RANDLETTE FITZPATRICK

1    **with coffee and orange juice.**

2         Q     Were drinks available if they wanted

3    them at breakfast?

4         **A     To purchase.**

5         Q     No judgment.

6         **A     Right.  They were there if an**

7    **individual wished to purchase it.**

8         Q     Okay.  Was there any alcohol carried

9    onboard your race committee boat?

10         **A     I believe, yes.**

11         Q     Okay.  Did you have anything to drink

12    that day?

13         **A     I did not.**

14         Q     Did John Hirsch have anything to drink

15    that you saw?

16         **A     I don't remember.**

17         Q     How many people were on your boat?

18         **A     10 maybe.**

19         Q     Okay.  What kind of boat was it?

20         **A     It was a 52-foot Hatteras.**

21         Q     And that's a power boat?

22         **A     Correct.  I'm sorry.  A 48-foot**

23    **Hatteras.  I'm thinking of somebody else's boat.**

24    **John's is a 48.**

25         MR. GRAHAM:

**ANNE RANDLETTE FITZPATRICK**

```
 1                  Go ahead.
 2           MR. COMLEY:
 3                  He wants to talk about boats, I think.
 4           MR. GRAHAM:
 5                  I do.  You can go ahead.
 6           MR. COMLEY:
 7                  Thank you.
 8      BY MR. COMLEY:
 9           Q      With respect to the other eight people
10      on the boat besides you and Mr. Hirsch, were those
11      people involved in the race conduct, race committee
12      in any way.
13           A      Two -- I mean, everyone was helping on
14      the boat as far as taking scores and stuff like that.
15      You had two finish lines, so you have two sets of
16      individuals who were writing scores down because the
17      boats, depending on what class they were, finished to
18      one side of the boat or the other.
19           Q      Okay.  How many different classes were
20      there?
21           A      Three, I believe.
22           Q      Okay.
23           A      Or there were three divisions.
24           Q      And there may be a place that helps
25      you -- I'm not going -- you know, if there are
```

ANNE RANDLETTE FITZPATRICK

```
 1        Q        And maybe I misunderstood, but I
 2   understood the term scratch to mean maybe somebody is
 3   out of the race and you scratch them off.  Is that
 4   just wrong?
 5        A        That's wrong.
 6        Q        Okay.  Let me show you --
 7   MR. GRAHAM:
 8             What happened to Ken Cooper.
 9   MR. COMLEY:
10             I think I'm going to ask about Ken
11        Cooper.
12   BY MR. COMLEY:
13        Q        I want to hand you first what I think
14   is Exhibit 3.
15             (Plaintiff's Exhibit 3
16              was marked for identification.)
17   BY MR. COMLEY:
18        Q        These are, for the record, the Fairhope
19   Yacht Club's Responses to Plaintiff's Second Set of
20   Interrogatories.  And if you will flip to page four,
21   you're going to see your signature at the bottom.  Do
22   you see that, or at least your name?
23        A        Yes.
24        Q        Okay.  And then your signature is over
25   on the next page --
```

**ANNE RANDLETTE FITZPATRICK**

```
 1          A       Yes.

 2          Q       -- as its Principal Race Officer,

 3   correct?

 4          A       Correct.

 5          Q       And I wanted to specifically look at

 6   interrogatory number 10.  No secret I'm getting to

 7   what you called the website incident or website

 8   mistake.  The question asked in this interrogatory

 9   number 10 was:  According to a news report, shortly

10   before 8:00 a.m. on the morning of the race, quote,

11   regatta officials contacted their web producer via

12   telephone and gave instruction to publish the race

13   scratch sheets, close quote.  And the question was

14   asked to identify the regatta officers and website

15   producer.

16                 Did I read that part correctly?

17          A       Yes.

18          Q       And the response was:  Committee member

19   John Hirsch and website producer Ken Cooper.

20                 Did I read that correctly?

21          A       Yes.

22          Q       And you may have told me.  John Hirsch

23   was at the time -- what was his title?

24          A       He was the regatta chairman.

25          Q       Co-chairman?
```

**ANNE RANDLETTE FITZPATRICK**

```
 1          A       Correct.
 2          Q       Okay.  Did he have another position in
 3   the yacht club as an officer?
 4          A       He was the Vice Commodore at the time.
 5          Q       Okay.  And who's Ken Cooper?  Do you
 6   know him?
 7          A       He handles -- he's a member of the
 8   yacht club.  He handles our website right now.
 9          Q       He is a member.  Does he have a website
10   company or does he just do this as --
11          A       He's a volunteer.
12          Q       Okay.
13          A       We're a volunteer organization.
14          Q       And my question more is he doesn't have
15   a website business as well, does he?
16          A       Not that I know of.
17          Q       Okay.  Do you know what his profession
18   is?
19          A       I do not.
20          Q       Okay.  We can put that aside for a
21   minute.  Since that -- with what the answer is, I
22   think I want to ask you a little bit about what I've
23   read about those miscommunications, and you can tell
24   me if it's right or wrong.
25          MR. COMLEY:
```

**ANNE RANDLETTE FITZPATRICK**

```
 1                 This will be Exhibit 4.
 2          MR. GRAHAM:
 3                 Okay.  So as I object to the
 4          admissibility of this Exhibit 4 as being
 5          hearsay upon hearsay upon hearsay, but you are
 6          welcome to ask her questions about the
 7          document.
 8          MR. COMLEY:
 9                 That's fine.  And you are -- I'm fine
10          with the stipulation.  You can do as little or
11          as much as you want, but I thought we
12          stipulated you're reserving all objections.
13          MR. GRAHAM:
14                 We did.
15          MR. COMLEY:
16                 Okay.
17                 (Plaintiff's Exhibit 4
18                  was marked for identification.)
19   BY MR. COMLEY:
20          Q     Okay.  So with respect to this, and I
21   will point -- you're welcome if you want to take a
22   break and read the whole thing, but I'm going to just
23   point you to some specific statements and ask if you
24   had the same understanding.  And I am really looking
25   at the bottom here, about midway down.  It says --
```

**ANNE RANDLETTE FITZPATRICK**

```
 1         MR. GRAHAM:
 2              This is an al.com news article from the
 3         28th of April, 2015.  Go ahead.
 4         MR. COMLEY:
 5              Correct.
 6    BY MR. COMLEY:
 7         Q     And it's titled:  Miscommunication
 8    delivered Dauphin regatta racers into a deadly storm,
 9    for the record.  And it's written by Mr. Jeff Dute.
10              The part I wanted to ask about is it
11    says, you know, about three-quarters of the way to
12    the bottom, in an email received Tuesday morning,
13    Fairhope Yacht Club Commodore Gary Garner confirmed
14    the following.
15              First, do you see that?
16         A     Uh-huh.  Yes, I do.
17         Q     Was Mr. Garner the Commodore at the
18    time on April 28, 2015?
19         A     Yes, he was.
20         Q     And this goes on to report that shortly
21    before 8:00 the morning of the race, regatta
22    officials contacted their web producer via telephone
23    and gave instructions to publish the scratch sheets
24    on their website, www.fairhopeyachtclub.com.
25              Did I read that part correctly?
```

## ANNE RANDLETTE FITZPATRICK

```
1          A       Yes.
2          Q       Is that consistent with your
3   understanding?
4          MR. GRAHAM:
5                 Object to the form.  Go ahead.  You're
6          asking her for hearsay upon hearsay.  Object
7          to the form.
8          A       I don't know anything about a morning
9   conversation with Ken Cooper.
10  BY MR. COMLEY:
11         Q       Okay.  What do you know about what
12  happened with the -- what you call the website
13  incident or mistake?
14         MR. GRAHAM:
15                 Same objection.  Go ahead.
16         A       I know that we -- the last I
17  communicated with John before I left Friday night, he
18  was going to call Ken and get the scratch sheets
19  posted.  The next thing I knew, I was arriving at the
20  yacht club, going down the hill towards the club,
21  when I received a phone call from one of the
22  competitors, who is a friend of mine in Mobile,
23  wanting to know why we had canceled the race.
24  BY MR. COMLEY:
25         Q       Okay.
```

ANNE RANDLETTE FITZPATRICK

1      **A       I informed him that we had not canceled**
2  **the race and I got off the phone and called John**
3  **immediately to find out what had happened.**
4      Q      And what did you learn about what had
5  happened?
6      **A       John informed me that Ken had**
7  **accidentally or mistakenly posted that the race was**
8  **canceled, but that we were having that removed from**
9  **the website.**
10     Q      Okay.  So with respect to the
11 additional statements here about a bad or garbled
12 phone connection, you don't have any knowledge about
13 that?
14     **A       Not firsthand, no.**
15     Q      Okay.  And do those times sound about
16 right?  The race cancellation was posted about
17 8:00 a.m. on the morning of the race?
18     **A       I never saw -- I never pulled it up.**
19     Q      Okay.  Well, flip over to the page,
20 because I think this talks about the call you got.
21 Was it from Wes Stanley at the Mobile Yacht Club?
22     **A       Yes, it was.**
23     Q      And it said he contacted, in this
24 report, Principal Race Officer Randy Fitz-Wainwright.
25 That's you, correct?

ANNE RANDLETTE FITZPATRICK

```
 1          A       Correct.
 2          Q       And said you were unaware of the web
 3   message.  That's what you just told me, right?
 4          A       Correct.
 5          Q       And it said you checked on the
 6   situation, described the message was in error and
 7   told him the race was a go.  That's correct, too,
 8   isn't it?
 9          A       Yes.
10          Q       Okay.  And then it says here that
11   Mr. Stanley asked you whether a postponement might be
12   possible to allow boats just leaving the western
13   shore to make their starting time; is that correct?
14          A       Correct.
15          Q       And you agreed to allow a 60-minute
16   postponement?
17          A       Correct.
18          Q       And so was that -- the race was
19   supposed to start at 10:00 a.m.?
20          A       I don't remember.  Nine or 10, yes.
21          Q       Well, it goes down here and says that
22   the first of several classes of racers began the
23   18-mile --
24          A       So, yes, it probably was 10.
25          Q       Okay.
```

**ANNE RANDLETTE FITZPATRICK**

```
 1          A       It's in the book.
 2          Q       Okay.  And it says here that that
 3   actually grew to 90 minutes because racers jumped the
 4   start.  That's accurate, too, isn't it?
 5          A       Yes.
 6          Q       Okay.  We can put that aside.
 7                  I want to show you --
 8   MR. COMLEY:
 9                  And, Teeto, you can correct me, but I
10          don't think there was anything in the
11          supplemental responses that related to that.
12   MR. GRAHAM:
13                  Yeah, there is.
14   MR. COMLEY:
15                  Related to that question?
16   MR. GRAHAM:
17                  Yeah.
18   MR. COMLEY:
19                  Okay.  On the interrogatories?
20                  This will be Exhibit 5, Plaintiff's
21          Exhibit 5.
22                  (Plaintiff's Exhibit 5
23                   was marked for identification.)
24   MR. COMLEY:
25                  I think there's some questions about
```

ANNE RANDLETTE FITZPATRICK

1   Regatta.
2           Do you see that?  Did I read that
3   correctly?
4       A       Yes.
5       Q       And it said that, response, Fairhope
6   Yacht Club communicated to race participants on race
7   day via updates on its website.  These updates were
8   recovered by Fairhope Yacht Club's webmaster from the
9   hosting platform's archives.
10          Did I read that part correctly?
11      A       Yes.
12      Q       And it referenced these Bates numbers
13  you see on the bottom, 51 through 52?
14      A       Okay.
15      Q       And so this -- if we look at that page
16  Bates stamped FYC 51, we can see in the top left
17  corner, it says, revision by Ken Cooper, nine months
18  ago.  At that time 25 April at 0744.  Do you see that
19  in the top left?
20      A       Yes, I do.
21      Q       And Ken Cooper is the gentleman you
22  described who's a member who handles the website?
23      A       Correct.
24      Q       And there's a box around this, and I
25  looked at the top of the text.  It says, Chef Rob

### ANNE RANDLETTE FITZPATRICK

```
 1    along with house manager Pauline Stewart can also
 2    make your next party -- ta-da, ta-da, ta-da.
 3                   Do you see that statement at the top?
 4         A    I do.
 5         Q    Do you recognize that as kind of a
 6    statement on the front page of the website?
 7         A    It is.
 8         Q    And then I don't read website and I
 9    don't know if you do either.  But there's a lot of,
10    you know, technical things that I guess people who do
11    websites do.  But in the box that's identified, you
12    see there at the bottom, it says, H2 strong, font
13    color red, and it says, canceled due to inclement
14    weather.
15                   Do you see that?
16         A    I do.
17         Q    Do you understand that's the statement
18    that was posted on the website that morning?
19         A    I do.
20         Q    Okay.  And my question is -- well,
21    let's look first -- that was 7:44.  And then, so we
22    get the story right, if you flip the page, at 8:10,
23    do you see the top there, revision by Ken Cooper?  Do
24    you see that in the top left?
25         A    I do.
```

### ANNE RANDLETTE FITZPATRICK

1        Q        So how many ever minutes later, 20, 30
2    minutes, roughly, later, we see that statement being
3    removed over on the right-hand column.  Do you see
4    that?
5        A        I do.
6        Q        Okay.  And first question is, I don't
7    see any addition of the scratch sheet on this
8    right-hand column.  Do you?
9        A        No, I don't.
10       Q        Okay.  And you don't know whether a
11   scratch sheet was ultimately posted or not?
12       A        I do not.
13       Q        Okay.  And my question is with respect
14   to the statement on the first page, canceled due to
15   inclement weather, do you have any knowledge of how
16   or why Ken got canceled due to inclement weather from
17   scratch sheet?
18       A        I have no idea.
19       Q        Okay.  Did you ever talk with him about
20   this?
21       A        I did not.
22       Q        Okay.
23   MR. COMLEY:
24            Do you want to take break?
25   MR. GRAHAM:

**ANNE RANDLETTE FITZPATRICK**

101

1           **A        Yes.**

2           Q      And the answer is it's admitted that

3    some committee members were in Mobile County for

4    various and different reasons at various times during

5    the day on Saturday, April 25, 2016.  Is that

6    statement correct?

7           **A        Yes.**

8           Q      Okay.  It says it's also admitted that

9    certain weather information was checked by various

10   committee members at various times of the day.  And

11   you have already told me that, haven't you?

12          **A        Yes.**

13          Q      Okay.  And you specifically told me

14   that you and Mr. Hirsch were monitoring the weather

15   as were the boat owner on whose boat you were riding,

16   correct?

17          **A        Correct.**

18          Q      And that -- were you all monitoring the

19   weather when you got to the finish line?

20          **A        Yes.**

21          Q      And about what time did your race

22   committee boat arrive at the finish line, do you

23   know?

24          **A        We were on station by the time the race**

25   **started, but I do not know for sure exactly what time**

ANNE RANDLETTE FITZPATRICK

1    we were completely set up.

2         Q    Okay.  And I think I've read in some

3    responses that maybe at some point the boat

4    repositioned because you adjusted the starting

5    line -- or the finish line, correct?

6         A    The boat did not reposition.

7         Q    Okay.

8         A    We had to swap the marks to the other

9    side of the boat.  When we first set up, we had the

10   wrong color tetrahedron on the wrong side of the

11   boat.

12        Q    Okay.  So the boat had to move to set

13   those up?

14        A    No.

15        Q    Oh, it didn't.  Okay.  How do you

16   adjust those?  I'm just curious now.

17        A    We knew a boat owner that was in the

18   immediate area and called him over and got him to do

19   it.

20        Q    Okay.  So from the time the race

21   committee boat arrived at the finish line until 1730,

22   or 5:30, it didn't move; is that correct?

23        A    Not intentionally.  Yes, it is correct,

24   we did not move except the storm repositioned us a

25   little bit if you want to push it to 5:00.

**ANNE RANDLETTE FITZPATRICK**

1     Q     Okay.  Okay.  And the end time we
2   already discussed changed to 5:30, correct?
3         MR. GRAHAM:
4             I want to object.  I don't know that we
5         set a change time, but, anyway, I'll object to
6         the form.
7         THE DEPONENT:
8             We did -- we did set a change time.
9         MR. GARNER:
10            We did?
11        THE DEPONENT:
12            Yes.
13    **A     It was in the sailing instructions.**
14  **The change time would have adjusted incrementally by**
15  **the time the delays or postponement.  So if we**
16  **postponed the race an hour, the delay time would have**
17  **been changed to an hour.**
18  BY MR. COMLEY:
19    Q     Okay.  And I think I can go back to the
20  responses and maybe I've got plan -- I think one of
21  the response says that the boat stayed there until
22  the planned end time of 1730?
23    **A     We put ourselves back on the spot, on**
24  **the GPS spot, and re-anchored and stayed there --**
25    Q     After?

ANNE RANDLETTE FITZPATRICK

1        A        -- after the storm.

2        Q        Okay.  Thank you.

3                 Do you recall what weather information

4    you checked from the time you arrived at the anchor

5    position at the finish line?

6        A        Do you mean the sources?

7        Q        Sources are fine.  We can start there.

8    Sure.

9        A        Accuview (sic).  The Accuview app.

10   Weather Underground app.  We use some of the buoy

11   information for the bay.  Wind Predict.  We had the

12   TV in the salon on the boat on satellite weather loop

13   kind of thing.

14       Q        Okay.  Did the cell phones have good

15   connectivity there at the finish line?

16       A        Yes.  We didn't have too many problems.

17       Q        Okay.  When you have been sailing out

18   on the bay, have you ever had connectivity problems

19   with your cell phone?

20       A        We were only about a mile and a half

21   offshore on the finish boat, so --

22       Q        That was a very general question.

23   MR. GRAHAM:

24                 Listen to his question and answer what

25            he asks and not what you think he's asking.

ANNE RANDLETTE FITZPATRICK

```
 1    BY MR. COMLEY:
 2         Q     She was at the starting line.
 3         A     I was near the starting area because
 4    we --
 5         MR. GRAHAM:
 6              You all left from that spot?
 7         A     We took a GPS tag and went down.
 8    BY MR. COMLEY:
 9         Q     Got you.  And what about moving the
10    eastward -- can we just -- I don't really care if the
11    finish line moved or didn't move.  What we know is
12    once you got to the point, you didn't move except for
13    the storm?
14         A     Correct.
15         Q     Okay.  Got it.
16              Flipping to page number four, and I am
17    looking at interrogatory number five that asked for a
18    description of the time and substance of any
19    telephone or radio calls made or received by any and
20    all members of the 2015 Dauphin Island Race committee
21    after the start of the race on Saturday, April 25.
22              The response says:  Around 2:30 p.m.,
23    John Hirsch aboard the committee boat at the finish
24    line, received a call from the U. S. Coast Guard
25    advising that potentially severe weather was
```

```
 1    incoming.
 2                 I'm going to stop there.  Did I read
 3    that part correctly?
 4          A     Yes.
 5          Q     Okay.  Do you know the substance of
 6    that phone call?
 7          A     Only what John told me.
 8          Q     Okay.  And what did you understand was
 9    being relayed by the Coast Guard?
10          MR. GRAHAM:
11                 So I will just object to the form since
12          it's specifically hearsay but go ahead.
13          A     That there was a storm in Gulfport that
14    was heading our -- not -- in our general direction.
15    BY MR. COMLEY:
16          Q     Okay.  Anything about this?  Did you
17    understand anything to be discussed about the
18    severity of the storm?
19          A     No.
20          Q     Okay.  Was there -- and there was no
21    discussion after this call about any changes to the
22    race?
23          A     No.
24          Q     Okay.  Do you know who -- do you have
25    an understanding that the Coast Guard assigns a point
```

**ANNE RANDLETTE FITZPATRICK**

```
 1   of contact for a race like this race?
 2          A      Yes.
 3          Q      Do you know who that was with the Coast
 4   Guard?
 5          A      I do not.
 6          Q      Okay.  Was Mr. Hirsch responsible for
 7   liaisonning with the Coast Guard?
 8          MR. GRAHAM:
 9                 Object to form.
10          A      Yes.
11   BY MR. COMLEY:
12          Q      The next sentence in this response
13   says, sometime shortly afterward, referring to the
14   2:30 p.m. call from the Coast Guard, the committee
15   boat received a VHF radio transmission from a Coast
16   Guard boat that it was, quote, on station, close
17   quote, nearby.
18                 Do you recollect that VHF radio
19   transmission?
20          A      Yes.
21          Q      Okay.  Did you receive it?
22          A      We did.
23          Q      Okay.  Do you know what exactly was
24   said in that transmission?
25          A      That they were on station.
```

**ANNE RANDLETTE FITZPATRICK**

```
 1          Q       Okay.  Could you see --
 2          A       (Deponent nods head).
 3          Q       Was it a cutter?
 4          A       Yes.
 5          Q       Could you see it?
 6          A       Yes.
 7          Q       Do you know if it was the same person
 8    who made that radio call was the same person who
 9    called Mr. Hirsch?
10          A       No.
11          Q       Okay.  Was any other information
12    relayed besides they're on station?
13          A       No.
14          Q       Do you know why they decided to come on
15    station?
16          A       I do not.
17          Q       Okay.  Was there any other
18    communications with the Coast Guard besides those,
19    the telephone call to Mr. Hirsch and the VHF radio
20    communication?
21          A       No.
22          Q       What was the response?
23          MR. GRAHAM:
24                  You mean before?  Before the storm?
25    BY MR. COMLEY:
```

**ANNE RANDLETTE FITZPATRICK**

121

```
 1          Q      Yeah, at any point.  Well, I guess --
 2          A      Not that I know of.
 3          Q      Did you all respond to that
 4   communication?  Did you say roger, or what was said
 5   in response to the VHF radio call from the Coast
 6   Guard?
 7          A      I don't remember.
 8          Q      Did you make it, do you know?
 9          A      No, I did not.
10          Q      Who was manning the VHF radio on your
11   boat?
12          A      John Adams, the boat owner.
13          Q      Was it a handheld or a physical radio
14   on the boat?
15          A      His radio on the boat.
16          Q      Did you or Mr. Hirsch also have a
17   handheld VHF radio?
18          A      We did.
19          Q      Did you and John have any discussions
20   after the Coast Guard telephone call or the VHF radio
21   call about it?
22          A      I don't believe so.
23          Q      Okay.  You all did not make any VHF
24   radio calls to the participants based on the Coast
25   Guard's --
```

**ANNE RANDLETTE FITZPATRICK**

1      **A      We did not.**

2      Q      -- call?

3      **A      We did not.**

4      Q      Okay.  Weather, I think you said, this

5      is an appropriate reason under the U. S. Sailing

6      Racing rules for abandoning or canceling a race; is

7      that correct?

8      **A      Correct.**

9      Q      And I'll show that -- let me show that

10     to you.

11              (Plaintiff's Exhibit 13

12               was marked for identification.)

13          MR. GRAHAM:

14              Is that her book?

15          MR. COMLEY:

16              This is her book, yeah.  I think it's

17          Bates stamped, too.

18     BY MR. COMLEY:

19     Q      This, if we flip -- this is the Racing

20     Rules of Sailing for 2013-2016, correct?

21     **A      Correct.**

22     Q      Do you recognize this --

23     **A      I do.**

24     Q      -- photocopy?

25     **A      I do.**

**HENDERSON & ASSOCIATES COURT REPORTERS, INC.**
**P.O. BOX 2263, MOBILE, AL 36652 • (251) 694-0950 • (888) 557-2969**

ANNE RANDLETTE FITZPATRICK

```
 1    responsibility for any of the deaths of the racers in
 2    this race?
 3         MR. GRAHAM:
 4              Same objection.
 5         A     No.
 6    BY MR. COMLEY:
 7         Q     Okay.  Thank you.
 8              I want to hand you what I'll mark as
 9    Exhibit 17.
10              (Plaintiff's Exhibit 17
11               was marked for identification.)
12    BY MR. COMLEY:
13         Q     And this is a letter to the Fairhope
14    Yacht Club, attention Mr. Hirsch, from the United
15    States Coast Guard dated December 15, 2014.  Have you
16    seen this before?
17         A     I have.
18         Q     Okay.  And in this letter attaches a
19    permit for a marine event for this 2015 race, does it
20    not?
21         A     It does.
22         Q     And the Coast Guard states in the
23    second paragraph, the sponsoring organization --
24    that's the Fairhope Yacht Club, correct?
25         A     Correct.
```

## ANNE RANDLETTE FITZPATRICK

```
 1          Q       -- is responsible for the safe conduct
 2     of the event.
 3               Did I read that correctly?
 4          A       You did.
 5          Q       Do you disagree with that statement?
 6          MR. GRAHAM:
 7               Object to the form.
 8          A       It's just a statement.
 9     BY MR. COMLEY:
10          Q       Do you agree that the yacht club was
11     responsible for the safe conduct of the event?
12          MR. GRAHAM:
13               Object to the form.
14          A       I'm not sure exactly what it is you're
15     asking.
16     BY MR. COMLEY:
17          Q       Do you understand that statement that
18     the Coast Guard is making to the Fairhope Yacht Club?
19          A       Yes.
20          Q       Okay.  And do you disagree with it?
21          MR. GRAHAM:
22               Object to form.
23          A       I don't know how to answer that.
24     BY MR. COMLEY:
25          Q       Okay.  Well, let's go to the next -- to
```

**ANNE RANDLETTE FITZPATRICK**

```
1    the last sentence.  The sponsor must constantly -- be
2    constantly aware of weather forecasts and conditions
3    so that unsafe conditions can be identified and
4    responded to, including termination of the event if
5    necessary to ensure safety of all participants.
6                Did I read that correctly?
7         A    Yes.
8         Q    Do you agree that those were
9    responsibilities of the Fairhope Yacht Club?
10        MR. GRAHAM:
11              Object to form.
12        A    Yes.
13   BY MR. COMLEY:
14        Q    Okay.  I want to hand you what I have
15   marked as Exhibit 18 or am marking.
16              (Plaintiff's Exhibit 18
17               was marked for identification.)
18   BY MR. COMLEY:
19        Q    And I will represent to you that we
20   looked at some other web pages from the United States
21   Sailing Association, of which you're a member,
22   correct?
23        A    Correct.
24        Q    And you said from time to time you've
25   looked at things on their website, correct?
```

**ANNE RANDLETTE FITZPATRICK**

```
 1          the mischaracterization.
 2          MR. COMLEY:
 3                  I'm asking her.  She can tell me.
 4          MR. GARNER:
 5                  I'm asking you, don't mischaracterize
 6          her testimony.
 7          MR. COMLEY:
 8                  I didn't mischaracterize her testimony.
 9          MR. GRAHAM:
10                  Yes, you did.
11          MR. COMLEY:
12                  I asked her if that's what she said.
13          MR. GRAHAM:
14                  I object to the form of the question.
15          MR. COMLEY:
16                  That's fine.  Good.
17          A       On a point-to-point race, the wind is
18     going to change constantly.
19     BY MR. COMLEY:
20          Q       Okay.  Let's go to page three.  At the
21     top is a heading, safety and good sense.  Do you see
22     that?
23          A       I do.
24          Q       It states, although the rules place
25     upon the competitor the sole responsibility to decide
```

**ANNE RANDLETTE FITZPATRICK**

```
 1    whether to start or continue the race, the race
 2    committee should know when to abandon or not start.
 3              Do you agree with that statement?
 4         A    Yes.
 5         Q    The next paragraph starts with the
 6    heading, decisiveness.  Do you see that?
 7         A    I do.
 8         Q    It states that sailors have the right
 9    to expect the race committee will make decisions when
10    necessary and appropriate and have the courage to
11    support those decisions when questioned.
12              Do you agree with that statement?
13         MR. GRAHAM:
14              Object to form.
15         A    Yes.
16         MR. GRAHAM:
17              Does she agree that you've read it
18         correctly?
19         MR. COMLEY:
20              I'll ask both.
21         MR. GRAHAM:
22              Do you agree --
23    BY MR. COMLEY:
24         Q    Do you agree that I read that statement
25    correctly?
```

**ANNE RANDLETTE FITZPATRICK**

```
 1              She's here to answer your questions,
 2       brother.
 3       MR. COMLEY:
 4              That's fine.
 5              She was reading on.  That's why I
 6       asked.
 7       MR. GRAHAM:
 8              She's not going to volunteer
 9       information to you.  She's going to answer
10       your questions.
11       MR. COMLEY:
12              Well, I didn't ask her to.  She was
13       reading and staying on the page, so if she
14       wanted to talk about something, I'm more than
15       willing to talk about it.
16  BY MR. COMLEY:
17       Q     On page 13 under the heading safety --
18       A     Uh-huh.
19       Q     -- are you with me?
20       A     Yes, I am.
21       Q     Okay.  It says, safety on the water is
22  of paramount importance.  It says, while the race
23  committee does not decide whether a boat should start
24  or continue the race, that is the responsibility of
25  the boat under rule 4.  It is the race committee's
```

**ANNE RANDLETTE FITZPATRICK**

```
 1    responsibility to provide a safe environment within
 2    which to race.
 3                 Did I read that correctly?
 4         A     Yes.
 5         Q     Do you agree with that statement?
 6         A     Yes.
 7         Q     Do you believe the race committee
 8    provided a safe environment within which to race for
 9    this race?
10         A     As far as we were aware.
11         Q     Okay.  Flip to page 14 for me.  There's
12    a section under race officers there in the middle of
13    the page.  Do you see that?
14         A     I do.
15         Q     It talks about the various titles,
16    including Principal Race Officer.  That's what you
17    were, correct?
18         A     Correct.
19         Q     It says selection of a qualified PRO is
20    one of the most important aspects of conducting
21    successful, safe races.  He or she is responsible for
22    all decisions made on the water and for directing the
23    actions of the race committee personnel during the
24    race.
25                 Did I read that correctly?
```

**ANNE RANDLETTE FITZPATRICK**

163

```
 1          A       Yes, I am.
 2          Q       Okay.  The first sentence under that
 3   heading states:  The decision whether to send a fleet
 4   out in heavy weather conditions or to abandon a race
 5   in progress when conditions have worsened is
 6   difficult and requires experience, judgment, and
 7   sensitivity.
 8                   Did I read that correctly?
 9          A       Yes.
10          Q       Did you feel at any point during this
11   race that the weather conditions worsened to the
12   point to abandon the race?
13          A       Only once the storm had hit.
14          Q       But after the storm hit, I think you
15   told me between approximately 3:00 and 3:30, after
16   that, the race was still not abandoned; is that
17   correct?
18          A       Correct.
19          Q       Your boat waited at the finish line
20   until 1730, or 5:30, correct?
21          A       Closer to 6:30.  That would have been
22   the proper adjustment of time.
23          Q       Okay.
24          MR. GRAHAM:
25                   Whatever the adjustment was.
```

**ANNE RANDLETTE FITZPATRICK**

```
 1          A      Yes.
 2          Q      In this case, did you believe the
 3   weather was going to get worse?
 4          MR. GRAHAM:
 5               At what point?
 6          A      No.
 7   BY MR. COMLEY:
 8          Q      At any point after the start.
 9          A      No.
10          Q      Okay.  It says -- if you read down:  If
11   the safety of competitors is in jeopardy, abandon.
12               Did I read that correctly?
13          A      Yes.
14          Q      At any point after the start did you
15   believe the safety of the competitors was in
16   jeopardy?
17          A      No.
18          Q      What about after the storm hit?
19          A      After the storm hit?
20          Q      Right.  Between 3:00 and 3:30.
21          A      While the storm was going on?
22          Q      Okay.  While it was going on, did you
23   believe that the competitors were in jeopardy?
24          A      Probably.
25          Q      Okay.  But you did not abandon because
```

**ANNE RANDLETTE FITZPATRICK**

171

```
 1    you said there was no way to communicate to them; is
 2    that correct?
 3              MR. GRAHAM:
 4                   Object to form.
 5         A    Correct.
 6    BY MR. COMLEY:
 7         Q    The next paragraph says:  If foul
 8    weather threatens, or there is any reason to suspect
 9    that the weather will deteriorate -- for example,
10    lightning or a heavy squall -- making conditions
11    unsafe for sailing or for your operations, the
12    prudent and practical thing to do is abandon the
13    race.
14                   Did I read that correctly?
15         A    Yes.
16         Q    And it was your assessment that after
17    the start, it was not prudent or practical to abandon
18    this race at any point?
19              MR. GRAHAM:
20                   Object to form.
21         A    Yes.
22    BY MR. COMLEY:
23         Q    Okay.  On page 273 under the heading
24    reasons affecting the safety or fairness of
25    competition, the first sentence reads:  As mentioned
```