IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JANE BROWN, *etc., et al.*, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION 18-061-CG-MU |
| ) | |
| FAIRHOPE YACHT CLUB, ) | |
| ) | |
| Defendant. ) | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a <u>de novo</u> determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated May 22, 2018, is **ADOPTED** as the opinion of this Court. Accordingly, it is

**ORDERED** that Defendant's Motion to Dismiss Plaintiff Angelina A. Tew's Complaint is **DENIED**.

**DONE and ORDERED** this 28th day of June, 2018.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE