IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JANE BROWN, etc., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 18-0061-CG-MU |
| ) | |
| FAIRHOPE YACHT CLUB, ) | |
| ) | |
| Defendant. ) | |

## ORDER

On July 19, 2018, Defendant Fairhope Yacht Club filed a Motion to Dismiss the Complaint of Angelina Tew for Lack of Subject Matter Jurisdiction. (Doc. 60). This motion has been referred to the undersigned Magistrate Judge, pursuant to 28 U.S.C. § 636(b)(1)(A) and S.D. Ala. Gen. LR 72. Plaintiff Angelina Tew is **ORDERED** to file a brief in response to Defendant's motion on or before **August 2, 2018**. Defendant's reply brief, if any, must be filed on or before **August 9, 2018**, at which time the Court will take the motion under submission. Once the motion is taken under submission, no further briefs or submissions related to the issues raised in the motion may be filed without leave of court.

**DONE** and **ORDERED** this the **19th** day of **July, 2018**.

s/P. BRADLEY MURRAY
**UNITED STATES MAGISTRATE JUDGE**