IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JANE BROWN, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 18-00061-CG-MU |
| | ) | |
| FAIRHOPE YACHT CLUB, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER

This matter is before the Court on the Report and Recommendation ("R&R") of the Magistrate Judge, dated June 4, 2018, wherein the Magistrate Judge recommends Defendant Fairhope Yacht Club's ("FYC") motion to dismiss be denied. (Doc. 39). FYC has filed a timely objection to the R&R (Doc. 44), Plaintiffs Robert Luiten and Lennard Luiten responded in opposition (Doc. 54), and FYC filed a subsequent reply (Doc. 57). After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the recommendation to which objection is made, the Court overrules FYC's objections and adopts the Magistrate Judge's findings as the opinion of this Court.

As a preliminary matter, the undersigned notes that this Court has previously addressed and rejected the "duty" arguments FYC makes in this case.

(*See* Doc. 78).[1] Accordingly, the undersigned adopts and incorporates by reference the analysis of this Court's Order adopting the Magistrate Judge's R&R, which denied FYC's motion to dismiss Plaintiff Jane Brown's Complaint. *Id*. Thus, FYC's objections are overruled, and the Recommendation of the Magistrate Judge under 28 U.S.C. § 636(b)(1)(B) and dated June 4, 2018 is **ADOPTED** as the opinion of this Court. Accordingly, it is **ORDERED** that Defendant's Motion to Dismiss Plaintiffs Robert Luiten and Lennard Luiten's Complaint is **DENIED**.

**DONE and ORDERED** this 23rd day of August, 2018.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] As noted in the Court's Order adopting the Magistrate Judge's recommendation denying FYC's motion to dismiss Plaintiff Jane Brown's Complaint (Doc. 78), FYC's objections to the Magistrate Judge's factual findings, omissions, and differentiations are considered with respect to the issue of whether FYC owed a duty to Plaintiffs Robert Luiten and Lennard Luiten.