**ANNE RANDLETTE FITZPATRICK**

1

- - - - - - -

IN THE CIRCUIT COURT

MOBILE COUNTY, ALABAMA

| | | |
|---|---|---|
| VALENTINA HENRY, as personal representative and administratrix of the Estate of ROBERT LONNEL THOMAS, | ) ) ) ) ) | |
| Plaintiff, | ) ) | Case Number |
| vs. | ) ) ) | 02-CV-2016-000224 |
| FAIRHOPE YACHT CLUB, | ) ) | |
| Defendant. | ) | |

- - - - - - -

Deposition of:  ANNE RANDLETTE FITZPATRICK
Date:           April 20, 2017
Time:           10:20 a.m.
Place:          Phelps Dunbar, LLP
                101 Dauphin Street
                Suite 1000
                Mobile, Alabama

Reported by:    Karen S. Snell, CCR

**HENDERSON & ASSOCIATES COURT REPORTERS, INC.**
**P.O. BOX 2263, MOBILE, AL 36652 • (251) 694-0950 • (888) 557-2969**

Ex. "3"

```
 1    there any other resources that the committee looked
 2    at in planning and conducting the race that you are
 3    aware of?
 4         A    No.
 5         Q    Okay.  No other books?
 6         A    No.
 7         Q    Okay.  And I saw this yesterday and
 8    we'll look at it in a minute, but the Fairhope Yacht
 9    Club did seek and receive a marine permit for the
10    conduct of this race from the Coast Guard, correct?
11         A    We're required to.
12         Q    Okay.  And we're going to look at the
13    permit in a minute, but just -- have you ever applied
14    for one of those permits before?
15         A    I have not.
16         Q    And John Hirsch did this permit?
17         A    Yes, he did.
18         Q    Do you have any understanding of what
19    goes into the permit?
20         A    I glanced at it, but I couldn't tell
21    you.  I don't remember what all was required.
22         Q    Is it like -- just for me to get an
23    idea, is it a packet, you know, four inches high or
24    is it just some doc --
25         A    It's a couple of documents online.
```

```
 1   responsibility for any of the deaths of the racers in
 2   this race?
 3           MR. GRAHAM:
 4                Same objection.
 5        A    No.
 6   BY MR. COMLEY:
 7        Q    Okay.  Thank you.
 8                I want to hand you what I'll mark as
 9   Exhibit 17.
10                (Plaintiff's Exhibit 17
11                 was marked for identification.)
12   BY MR. COMLEY:
13        Q    And this is a letter to the Fairhope
14   Yacht Club, attention Mr. Hirsch, from the United
15   States Coast Guard dated December 15, 2014.  Have you
16   seen this before?
17        A    I have.
18        Q    Okay.  And in this letter attaches a
19   permit for a marine event for this 2015 race, does it
20   not?
21        A    It does.
22        Q    And the Coast Guard states in the
23   second paragraph, the sponsoring organization --
24   that's the Fairhope Yacht Club, correct?
25        A    Correct.
```

1      Q      -- is responsible for the safe conduct
2  of the event.
3             Did I read that correctly?
4      **A      You did.**
5      Q      Do you disagree with that statement?
6      MR. GRAHAM:
7             Object to the form.
8      **A      It's just a statement.**
9  BY MR. COMLEY:
10     Q      Do you agree that the yacht club was
11 responsible for the safe conduct of the event?
12     MR. GRAHAM:
13            Object to the form.
14     **A      I'm not sure exactly what it is you're**
15 **asking.**
16 BY MR. COMLEY:
17     Q      Do you understand that statement that
18 the Coast Guard is making to the Fairhope Yacht Club?
19     **A      Yes.**
20     Q      Okay.  And do you disagree with it?
21     MR. GRAHAM:
22            Object to form.
23     **A      I don't know how to answer that.**
24 BY MR. COMLEY:
25     Q      Okay.  Well, let's go to the next -- to

```
 1   the last sentence.  The sponsor must constantly -- be
 2   constantly aware of weather forecasts and conditions
 3   so that unsafe conditions can be identified and
 4   responded to, including termination of the event if
 5   necessary to ensure safety of all participants.
 6             Did I read that correctly?
 7        A    Yes.
 8        Q    Do you agree that those were
 9   responsibilities of the Fairhope Yacht Club?
10        MR. GRAHAM:
11             Object to form.
12        A    Yes.
13   BY MR. COMLEY:
14        Q    Okay.  I want to hand you what I have
15   marked as Exhibit 18 or am marking.
16             (Plaintiff's Exhibit 18
17              was marked for identification.)
18   BY MR. COMLEY:
19        Q    And I will represent to you that we
20   looked at some other web pages from the United States
21   Sailing Association, of which you're a member,
22   correct?
23        A    Correct.
24        Q    And you said from time to time you've
25   looked at things on their website, correct?
```