**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**

| | | |
|---|---|---|
| **JANE BROWN, etc., et al.,** | * | |
| | * | |
| **Plaintiffs,** | * | |
| | * | **CIVIL ACTION NO.:** |
| **v.** | * | **1:18-CV-00061-TFM-MU** |
| | * | |
| | * | **Consolidated with: 1:18-cv-102;** |
| | * | **1:18-cv-140; and 1:18-cv-176.** |
| | * | |
| **FAIRHOPE YACHT CLUB,** | * | |
| | * | |
| **Defendant** | * | |

### DEFENDANT FAIRHOPE YACHT CLUB'S ASSESSMENT ON ADR PURSUANT TO THE COURT'S SCHEDULING ORDER

Defendant Fairhope Yacht Club ("FYC") submits this assessment of the possibility of resolving this matter through a recognized ADR procedure in compliance with the Court's Scheduling Order (doc. 61) as follows:

1.      The Court's Scheduling Order requires the parties file a written assessment of the possibility of resolving the issues in this case through a recognized ADR procedure no later than the close of discovery, which is February 1, 2019. (doc. 61, ⁋ 13).

2.      At the time of writing, a final order on FYC's pending motions to dismiss the plaintiffs' claims pursuant to Rule 12(b)(1) has not yet been entered. FYC acknowledges that the Magistrate's Report and Recommendation (doc. 115) entered on January 17, 2019 recommends that the motion be denied and finds that the Court has subject matter jurisdiction. FYC has submitted objections to the Report for the Court's further consideration. (doc. 119).

3.      Additionally, the Court has not yet ruled on FYC's alternative motion for summary judgment as to the claims of Amanda Beall (doc. 98).

1

4.      FYC will be able to more fully evaluate the prospect of success of a recognized ADR method upon the entry of final orders on these pending dispositive motions. However, should FYC's motions be denied, FYC is agreeable to participating in a global Magistrate supervised settlement conference and believes that the same would be productive towards resolving the issues in this case before trial, if possible.

s/ E. Barrett Hails
ALLEN E. GRAHAM
E. BARRETT HAILS
Attorneys for the Fairhope Yacht Club

OF COUNSEL:
**PHELPS DUNBAR LLP**
101 Dauphin Street, Suite 1000 (36602)
Post Office Box 2727
Mobile, Alabama 36652-2727
251-432-4481
teeto.graham@phelps.com
barrett.hails@phelps.com

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 31st day of January, 2019, served a copy of the foregoing on counsel for all parties to this proceeding through the CM/ECF system as follows:

James J. Crongeyer, Jr.
H. Ruston Comley
WATKINS & EAGER, PLLC
Post Office Box 650
Jackson, Mississippi 39205

Omar L. Nelson
Gibbs Travis PLLC
1400 Meadowbrook Road, Suite 100
Jackson, Mississippi 39211

H. Lanier Brown II
WATKINS & EAGER, PLLC
Lakeshore Park Plaza
2204 Lakeshore Dr., Suite 114
Birmingham, Alabama 35209

/s/ E. Barrett Hails
E. Barrett Hails

2