**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**

| | | |
|---|---|---|
| **JANE BROWN, on behalf of herself** | * | |
| **and as Personal Representative and** | * | |
| **Executrix of the Estate of Jimmy** | * | |
| **Charles Brown,** | * | |
| | * | |
| **Plaintiffs,** | * | |
| | * | **CIVIL ACTION NO.:** |
| **v.** | * | **1:18-CV-00061-TM-MU** |
| | * | |
| | * | **Consolidated with: 1:18-cv-102;** |
| | * | **1:18-cv-140; and 1:18-cv-176.** |
| **FAIRHOPE YACHT CLUB,** | * | |
| | * | |
| **Defendant.** | * | |

**NOTICE OF SERVICE**

COMES NOW Defendant Fairhope Yacht Club and gives notice to the Court and all parties of the service of the following:

1.      Defendant's Second Supplemental Initial Disclosures.


Respectfully submitted,

*s/ E. Barrett Hails*
ALLEN E. GRAHAM          (GRA051)
E. BARRETT HAILS          (HAI021)
Attorneys for Defendant Fairhope Yacht Club

OF COUNSEL:
**PHELPS DUNBAR, LLP**
101 Dauphin Street, Suite 1000
Post Office Box 2727
Mobile, Alabama   36602
(251) 432-4481
Teeto.Graham@phelps.com
Barrett.Hails@phelps.com

## <u>CERTIFICATE OF SERVICE</u>

I do hereby certify that I have on February 4, 2019 served a true and correct copy of the foregoing on the following parties by electronic filing through the CM/ECF filing system, to wit:

James J. Crongeyer, Jr.
H. Ruston Comley
WATKINS & EAGER, PLLC
Post Office Box 650
Jackson, Mississippi 39205

H. Lanier Brown II
WATKINS & EAGER, PLLC
Lakeshore Park Plaza
2204 Lakeshore Dr., Suite 114
Birmingham, Alabama 35209

Omar L. Nelson
Gibbs Travis PLLC
1400 Meadowbrook Road, Suite 100
Jackson, Mississippi 39211

*s/ E. Barrett Hails*
ALLEN E. GRAHAM
E. BARRETT HAILS

PD.25346502.1