IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JANE BROWN, etc., *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) CIV. ACT. NO. 1:18-cv-61-TFM-MU |
| FAIRHOPE YACHT CLUB, | ) |
| Defendant. | ) |

**ORDER**

On January 31, 2019, pursuant to 28 U.S.C. § 636(b)(1)(B), the Magistrate Judge entered a report and recommendation (Doc. 115) which recommends the Defendant's Motions to Dismiss (Docs. 48, 60, 64, and 65) be denied and the Motion to Amend (Doc. 67) be granted. Defendant filed objections (Doc. 119) to which Plaintiffs responded (Doc. 125). Defendant also filed, without leave of court, a reply to the Plaintiffs' response to objections (Doc. 126). Regardless, the Court ultimately considered the reply when reviewing the matters.

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge (Doc. 115) is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that Defendant's motions to dismiss Plaintiffs' complaints for lack of subject matter jurisdiction (Docs. 48, 60, 64, and 65) are **DENIED**.

Further, by adopting the R&R, the Court **GRANTS** the Plaintiffs' Motion for Leave to Amend Complaint (Doc. 67). However, the Court also notes that in addition to the previously filed Motion to Dismiss (Doc. 49, filed June 21, 2018), the Defendant subsequently filed a Motion

for Summary Judgment as to the claims of Amanda Beall (Doc. 98).  After the summary judgment motion was filed, Plaintiffs filed a Motion to Substitute Parties or, In the Alternative, for Leave to File Amended Complaint (Doc. 108).

To prevent confusion and to ensure clarity on the operative complaint, the Court also **GRANTS in part** and **DENIES** in part the Plaintiffs' motion (Doc. 108) to the extent the Court grants leave to file the amended complaint, but denies the motion to substitute parties.  As a result, the Court also **DENIES without prejudice as moot** the Motion to Dismiss (Doc. 49) and the Motion for Summary Judgment (Doc. 98).

Plaintiffs are **DIRECTED** to file their Amended Complaint on or before **March 11, 2019**.

Finally, pending before the Court are the parties' respective position statements on Mediation/ADR (Docs. 120, 122).  As all pending motions have been resolved, the matter of whether mediation is appropriate is referred to the Magistrate Judge.

**DONE** and **ORDERED** this the 28th day of February 2019.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE