```
      IN THE UNITED STATES DISTRICT COURT
    FOR THE SOUTHERN DISTRICT OF ALABAMA


CIVIL ACTION NO:   1:18-CV-00061-CG-MU

                        Consolidated with:
                        1:18-CV-102;
                        1:18-CV-140; and
                        1:18-CV-176

JANE BROWN, on behalf
of herself and as Personal
Representative and Executrix
of the Estate of Jimmy Charles
Brown,

     Plaintiffs,


Vs.


FAIRHOPE YACHT CLUB,

     Defendant.




            DEPOSITION TESTIMONY OF:
                 LENNARD LUITEN




DATE:      September 24, 2018

TIME:      10:05 a.m.


REPORTED BY:  Daphne M. Cotten, CSR
```

Ex. "C"

```
 1   college as previously planned; is that
 2   correct?
 3        A.   That's correct.
 4        Q.   And is that something that you're
 5   alleging against the yacht club in this
 6   case?
 7        A.   Yes, sir.
 8        Q.   All right.  Now, I want to talk to
 9   you about that, your attending college.  Had
10   you planned on attending college prior to
11   the 2015 Dauphin Island Race?
12        A.   Yes.
13        Q.   And it's your contention that you
14   are now not capable of doing so; is that
15   correct?
16        A.   More or less, yes.
17        Q.   Yes or no?
18        A.   Yes.
19        Q.   You're not capable of attending
20   college.
21        A.   That is correct.
22        Q.   And you attribute that to your
23   experience in the 2015 Dauphin Island Race.
```

```
 1      A.     Yes, sir.
 2      Q.     And why is that?
 3      A.     The emotional distress that was
 4  caused by the race.
 5      Q.     Okay.  And --
 6             MR. COMLEY:  I'm just gonna make
 7  an objection to the extent this calls for
 8  expert testimony, and those will be
 9  designated and we'll have those records and
10  those reports.  I'm just not sure it's
11  appropriate to ask mental health questions
12  to a non-professional.  Go ahead.
13             MR. HAILS:  Okay.
14      Q.     What college did you want to
15  attend?
16      A.     At the time, I hadn't figured it
17  out yet.
18      Q.     You would have been in the spring
19  semester of your junior year of high school
20  at the time of the storm, correct?
21      A.     That's correct.
22      Q.     Had you submitted any college
23  applications at that time?
```

1   A.     Because my perspective changed.
2   Before the race, it was like you've gotta go
3   to college, you've gotta get an education,
4   you've gotta do all these things.  And after
5   the race, I realized that was all just put
6   on me, it's not something I wanted.  I
7   didn't know what I want.  I still don't know
8   what I want.
9        I just know I'm good at working on
10  boats.  That's where the Gray Insurance
11  Company came in and offered me a job on
12  their boat.  I've been doing that.
13  Q.     So do you even have a desire to
14  attend college right now?
15  A.     I don't know.  I can't tell you.
16  I don't know where to go.  I don't know what
17  to do.  But I know that ever since the race,
18  just changed perspectives.  Some things
19  weren't as important anymore.
20  Q.     You said you wanted to study
21  engineering and what else?
22  A.     Just anything along the -- I was
23  really good at math.  So anything along the

```
 1    math basis.  So mechanical or architectural.
 2        Q.     And in your complaint you've also
 3    alleged -- I'll mark this as 8.
 4               (WHEREUPON, DEFENDANT'S EXHIBIT
 5    NUMBER 8 WAS MARKED FOR IDENTIFICATION)
 6        Q.     This is a document that your
 7    lawyers put together, it's called Initial
 8    Disclosures.  Part of this document is that
 9    it sets out what the damages are that you're
10    claiming.
11               And I understand that there will
12    be supplemental expert testimony, but I
13    wanted to show you page 17 of the
14    Supplemental Initial Disclosures.  I've
15    marked them as Exhibit 8.  Take a look at
16    that for me, please.  Do you see where it
17    says your name there?
18        A.     Yes, sir.
19        Q.     Have you ever seen this document
20    before?
21        A.     I have not.
22        Q.     All right.  If you go four lines
23    from the bottom, or five lines from the
```