IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JANE BROWN, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. 1:18-cv-61-TFM-MU |
| | ) | |
| FAIRHOPE YACHT CLUB, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

On June 7, 2019, the Defendant filed several *Daubert* motions (Docs. 175 – 178). It is hereby **ORDERED** that Plaintiffs file their responses on or before **June 28, 2019**. Any reply the Defendant wishes to file shall be filed on or before **July 8, 2019**. The motions shall be considered fully submitted at that time without oral argument unless otherwise determined by the Court. Once the motions are taken under submission no further briefs, pleadings or submissions related to the issues raised may be filed unless the proponent obtains leave of court for good cause shown.

The parties are further advised that they are required to submit a paper courtesy copy of briefs and supporting evidence to the Chambers of the undersigned if the documents exceed thirty (30) pages. The courtesy copies shall be bound in a three-ring binder and tabbed.

**DONE** and **ORDERED** this 11th day of June 2019.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE