IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ROBERT LUITEN, *et al.*, | ) |
| | ) |
|    Plaintiffs, | ) |
| | ) |
| vs. | )    CIVIL ACTION NO. 1:18-cv-61-TFM-MU |
| | ) |
| FAIRHOPE YACHT CLUB, | ) |
| | ) |
|    Defendant. | ) |

## ORDER

The Court has been informed by the assigned Magistrate Judge that one Plaintiff (Angelina A. Tew, individually and on behalf of the Estate of Adam Dean Clark) settled at the mediation on July 9, 2019.  The applicable parties are **DIRECTED** to file the appropriate paperwork for dismissal pursuant to Fed. R. Civ. P. 41(a)(2) or a joint status report indicating a projected timeline for completion of the settlement process on or before **August 9, 2019**.[1]

Additionally, the parties shall also identify for the Court which motions, if any, are affected and/or are mooted by the settlement.  The joint notice shall be filed separately from the dismissal paperwork and is due by **July 31, 2019**.

**DONE** and **ORDERED** this 10th day of July 2019.

                                               /s/ Terry F. Moorer
                                               TERRY F. MOORER
                                               UNITED STATES DISTRICT JUDGE

---

[1] A request to dismiss an action requires a court order and dismissal by terms the court considers "proper" if Rule 41(a)(1) does not apply.  FED. R. CIV. P. 41(a)(2).  Fed. R. Civ. P. 41(a)(1)(A) allows for dismissal without a court order: (i) before the opposing party serves either an answer or a motion for summary judgment; or (ii) if the joint stipulation of dismissal is signed by all of the parties who have appeared.  A plaintiff may dismiss all claims against a defendant under Fed. R. Civ. P. 41 even if there are other defendants in the case.  *Klay v. United Healthgroup, Inc.*, 376 F.3d 1092, 1106 (11th Cir. 2004) ("[Fed. R. Civ. P.] 41 allows a plaintiff to dismiss all of his claims against a particular defendant . . . .").