# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **ROBERT LUITEN, et al.,** | * | |
| | * | |
| Plaintiffs, | * | |
| | * | **CIVIL ACTION NO.:** |
| v. | * | **1:18-CV-61-TFM-MU** |
| | * | |
| | * | |
| | * | |
| **FAIRHOPE YACHT CLUB,** | * | |
| | * | |
| Defendant | * | |

## JOINT NOTICE OF MOTIONS AFFECTED BY TEW SETTLEMENT

COME NOW, the parties and, pursuant to the Court's Order dated July 10, 2019 (doc. 193) jointly provide notice to the Court of the pending motions before the Court that are affected and/or mooted by the recent settlement of the Tew claim, as follows:

| | |
|---|---|
| **Doc. 130**<br>FYC's Motion for Partial Summary Judgment as to Loss of Society Damage Claims of Angelina Tew and Amanda Beall<br><br>**Doc. 162**<br>Plaintiffs' Response<br><br>**Doc. 167**<br>Defendant's Reply | The portions of these motions relating to the claims of Angelina Tew are now moot.<br><br>The portions of these motions relating to the claims of plaintiff Amanda Beall remain. |
| **Doc. 134**<br>FYC's Motion for Partial Summary Judgment as to Certain Claimed Damages of Amanda Beall and Angelina Tew<br><br>**Doc. 154**<br>Plaintiffs' Response<br><br>**Doc. 164**<br>Defendant's Reply | The portions of these motions relating to the claims of Angelina Tew are now moot.<br><br>The portions of these motions relating to the claims of plaintiff Amanda Beall remain. |

1

| | |
|---|---|
| **Doc. 175**<br>Motion to Exclude Testimony of Plaintiffs' Expert, Dr. Stephen Stogner<br><br>**Doc. 186**<br>Plaintiffs' Response<br><br>**Doc. 199**<br>Defendant's Reply | As plaintiffs' are withdrawing Dr. Stogner as an expert in light of the Tew settlement, FYC's motion to exclude his testimony is now moot. |

*For the Plaintiffs*:

/s/ *H. Ruston Comley*  (with permission)
James J. Crongeyer, Jr., AL Bar 9725-067J
H. Ruston Comley (Admitted *PHV*)
WATKINS & EAGER PLLC
400 East Capitol Street
Post Office Box 650
Jackson, Mississippi 39205-0650
Phone: 601-965-1900
Fax:    601-965-1901
jcrongeyer@watkinseager.com
rcomley@watkinseager.com

H. Lanier Brown, II (BRO067)
WATKINS & EAGER PLLC
Lakeshore Park Plaza Office Building
2204 Lakeshore Drive, Suite 114
Birmingham, Alabama 35209
Phone: (205) 598-2100
Fax:    (205) 449-1750
lbrown@watkinseager.com

Omar L. Nelson (Admitted *PHV*)
GIBBS TRAVIS PLLC
210 East Capitol Street, Suite 1801
Jackson, Mississippi 39201
Phone:  601-487-2640
Fax:     601-366-4295
onelson@gibbstravis.com

*For the Defendant*:

/s/ *E. Barrett Hails*
Allen E. Graham (GRA051)
E. Barrett Hails (HAI021)
PHELPS DUNBAR, LLP
101 Dauphin Street, Suite 1000
Post Office Box 2727
Mobile, Alabama 36602
Phone:  251-432-4481
Teeto.Graham@phelps.com
Barrett.Hails@phelps.com

## **CERTIFICATE OF SERVICE**

I do hereby certify that I have on this 17th day of July, 2019, served a copy of the foregoing on counsel for all parties to this proceeding through the Court' CM/ECF filing system as follows:

James J. Crongeyer, Jr.  
H. Ruston Comley  
WATKINS & EAGER, PLLC  
Post Office Box 650  
Jackson, Mississippi 39205  

Omar L. Nelson  
Gibbs Travis PLLC  
1400 Meadowbrook Road, Suite 100  
Jackson, Mississippi 39211  

H. Lanier Brown II  
WATKINS & EAGER, PLLC  
Lakeshore Park Plaza  
2204 Lakeshore Dr., Suite 114  
Birmingham, Alabama 35209  

*/s/ E. Barrett Hails*  
E. BARRETT HAILS