IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| ROBERT LUITEN, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. 1:18-cv-61-TFM-MU |
| | ) | |
| FAIRHOPE YACHT CLUB, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Before the Court is *Plaintiff Angelina Tew's Motion for a Court Order of Dismissal* (Doc. 204, filed 7/24/19). She brings the motion pursuant to Fed. R. Civ. P. 41(a)(2). Plaintiff Tew and Defendant Fairhope Yacht Club resolved their claims by settlement and therefore, Plaintiff Tew, as Personal Representative and Administratrix of the Estate of Adam Clark seeks dismissal of her claims.

Upon consideration of the motion, it is **ORDERED** that it is **GRANTED**, and that all of Plaintiff Tew's claims against Defendant are **DISMISSED with prejudice**, with each party to bear its own costs and attorney's fees.

**DONE** and **ORDERED** this 30th day of July 2019.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE